# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>JANARD MARTIN WALTON<br>aka "Nardy"<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)       24-mj-38<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 19, 2024  in the parish of  Orleans  in the
Eastern  District of  Louisiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking. |
| 21 U.S.C. § 841(a)(1) | Prohibiting the Distribution of and the Possession with Intent to Distribute Controlled Substances. |
| 18 U.S.C. § 922(g) | Felon In Possession of a Firearm or Ammunition. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s/ Chad Cockerham
*Complainant's signature*

Chad Cockerham, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 22, 2024

*Judge's signature*

City and state:  New Orleans, Louisiana   Hon. Michael B. North, United States Magistrate Judge
*Printed name and title*

Fee _____
Process 2cc USM
Dktd _____
CtRmDep _____
Doc. No _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-mj-38 |
| v. | * | SECTION:  MAG |
| JANARD "NARDY" WALTON | * | |
| | * | |

\* \* \*

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A COMPLAINT**

I, Chad Cockerham, Sr., being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the New Orleans Police Department (NOPD), assigned to the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been employed by the NOPD since January 2009, and I have been assigned to the FBI New Orleans Violent Crime Task Force (NOVCTF) since November of 2018. This task force includes federal and state officers tasked with the responsibility of investigating fugitive matters, bank robberies, extortions, narcotic violations, firearm violations, and crimes of violence in the New Orleans metropolitan area. I have participated in investigations involving narcotics, firearm violations, and violent crimes, and am thoroughly familiar with the investigative techniques used in these investigations.

**PURPOSE OF AFFIDAVIT**

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents of the NOVCTF and the New Orleans

Police Department (NOPD). This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that JANARD WALTON, a.k.a. NARDY, a convicted felon, possessed over one pound of marijuana while in possession of a Smith and Wesson, .40 caliber (serial # FWW5847) pistol and a Springfield, nine-millimeter (serial # BA470835) pistol. In so doing, WALTON violated 21 U.S.C. § 841 (prohibiting the distribution of controlled substances), 18 U.S.C. § 924(c) (prohibiting the possession of a firearm in furtherance of a drug traffic crime), and 18 U.S.C. § 922(g) (prohibiting felons from possessing firearms and ammo).

4. On Tuesday, March 19, 2024, the Slidell Police Department SWAT Team and the Federal Bureau of Investigation executed a federal search warrant at 108 Marche Boulevard, Slidell, Louisiana, 70458. This location is the primary residence of WALTON and his wife, Nyisha Walton.

5. During the execution of the search warrant, the Slidell Police Department SWAT Team rendered multiple commands for the residence's occupants to exit the front door. After none of the occupants of the residence complied with the commands to exit the residence, the SWAT Team breached the front door of the residence. Once the residence's front door was breached, Nyisha Walton and a known female juvenile exited the residence. After several more callouts, WALTON finally exited the residence.

6. During the search of the residence, investigators located a Springfield nine-millimeter (serial # BA470835) pistol. The weapon was in a kitchen cabinet and wrapped in a towel for concealment. Also located in the kitchen of the residence, near the firearm that was

wrapped in the towel, was a box that contained over one pound of marijuana. A continued search revealed a hidden compartment under a step leading up to the second-floor residence. Inside the hidden compartment, investigators located a Smith and Wesson .40 caliber (serial # FWW5847) pistol. This weapon was confirmed to have been stolen out of Orleans Parish. Investigators also located approximately thirty-seven thousand dollars in United States currency in the same hidden compartment.



7. A check of JANARD WALTON'S criminal history revealed he is prohibited from possessing a firearm because of a possession of crack cocaine conviction out of Orleans Parish and a felon in possession conviction out of Saint Bernard Parish.

8. Based on the facts of the investigation, TFO Cockerham believes WALTON violated the Federal Gun Control Act and possessed narcotics with intent to distribute. TFO

3

Cockerham is aware that narcotics dealers typically possess firearms to protect their product and their financial gain from selling the narcotics.

9.  Your affiant is aware that weapons manufactured by Springfield and Smith and Wesson, including the ones described herein, are not manufactured in Louisiana. They therefore had to have traveled in interstate and/or foreign commerce before WALTON possessed them.

/s/ Chad Cockerham, Sr.
Task Force Officer Chad Cockerham, Sr.
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me on
this 22nd day of March, 2024,
New Orleans, Louisiana.

_____
HONORABLE MICHAEL NORTH
UNITED STATES MAGISTRATE JUDGE